

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00094-CV

———————————————————

## IN RE MICKEA ANNE SMITH AND MCAIR TEXAS, LLC, Relators

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-321006-20

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: April 15, 2021